# Court of Appeals
# of the State of Georgia

ATLANTA, __December 07, 2020__

*The Court of Appeals hereby passes the following order:*

**A21E0019. IN RE: ROSE SINGH.**

Appellant's "Emergency Motion to Stay" is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/07/2020__*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*